UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:                   CHAPTER 13
Shantrell Laverne Griffin-Mcmillian, Debtor(s).    CASE NO. 18-51747-TJT
_____/   JUDGE THOMAS J. TUCKER

**TRUSTEE'S OBJECTIONS TO**
**CONFIRMATION OF CHAPTER 13 PLAN**

    **NOW COMES,** the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

    1. The Trustee objects to the debtor's plan language in Section III. B. 1 of the Plan, which requests that the Trustee hold from distribution the sum of $4,000.00. Debtor's counsel has not provided any authority under the E.D. Mich. L.B.R. 2016-1 to hold this amount. The Trustee requests that we only reserve $3,500.00 for attorney fees.

    2. The Trustee reserves the right to object to any of the debtor's budgetary expenses if the plan is ever amended to propose less than 100% to class nine general unsecured creditors.

    3. The Trustee requests that the debtor provide copies of three (3) post-petition pay stubs at least 14 days prior to confirmation.

    4. The debtor's Plan fails to provide that all of the debtor's projected disposable income be utilized to fund the Plan. Specifically, the debtor's Schedule J has overstated the following expense(s) in contravention of 11 U.S.C. 1325(a)(3) and/or 11 U.S.C. 1325(b):

        a. Water/Sewer - $120.00 per month.

        b. Vehicle Insurance - $315.00 per month.

        c. Student Loans - $465.00 per month.

The Trustee requests that the debtor provide proof of these expenses within fourteen days.

**WHEREFORE,** the Chapter 13 Trustee requests this Honorable Court deny confirmation of the debtor's (s') Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Tammy L. Terry, Chapter 13 Trustee

October 15, 2018

**/S/ TAMMY L. TERRY (P-46254)**
Chapter 13 Standing Trustee
/s/ KIMBERLY SHORTER - SIEBERT (P-49608)
/s/ MARILYN R. SOMERS-KANTZER (P-52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Shantrell Laverne Griffin-Mcmillian, Debtor(s).
_____/

CHAPTER 13
CASE NO. 18-51747-TJT
JUDGE THOMAS J. TUCKER

**CERTIFICATE OF MAILING**

I hereby certify that on October 16, 2018, a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's(s') attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

/s/ LaToya Ethridge
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

Shantrell Laverne Griffin-Mcmillian
463 Kerby Rd
Grosse Pointe Farms MI 482360000

FREGO & ASSOCIATES
23843 JOY ROAD, SUITE 4
DEARBORN HEIGHTS MI 481270000